UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WESTON & COMPANY, INC.,

    Plaintiff,

CASE NO. 08-10242
v     HON. NANCY G. EDMUNDS

VANAMATIC COMPANY,

    Defendant.
_____/

## ORDER STRIKING DOCUMENT [30]

Upon review, the Court has determined that Defendant's reply was filed in violation of L.R. 7.1(c)(3)(A), Length of Briefs.

THEREFORE, the reply [30] is **STRICKEN** from the record. Defendants are required to re-file a brief that conforms with the Local Rules on or before March 13, 2009.

SO ORDERED.

    s/Nancy G. Edmunds
    Nancy G. Edmunds
    United States District Judge

Dated: March 16, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 16, 2009, by electronic and/or ordinary mail.

    s/Carol A. Hemeyer
    Case Manager